PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Offender: Danial Hillman                                                         Cr.: 12-00533-001
                                                                                         PACTS #: 63368

Sentencing Judicial Officer:            THE HONORABLE JOEL A. PISANO
                                        UNITED STATES DISTRICT JUDGE

Newly Assigned Judicial Officer:        THE HONORABLE BRIAN R. MARTINOTTI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/23/2013

Original Offense:    Possession of Child Pornography

Original Sentence: Imprisonment - 78 months; Supervised Release – 5 years

Special Conditions: Special Assessment - $100, Computer Monitoring, Sex Offender Registration, Mental Health Treatment

Type of Supervision: Supervised Release                  Date Supervision Commenced: 10/31/2018

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'You must submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the U.S. Probation Office, to assist in treatment, planning, and case monitoring. You will be required to contribute to the costs of services rendered in an amount to be determined by the U.S. Probation Office, based on ability to pay or availability of third-party payment.'** |
|  | On April 08, 2022, Mr. Hillman underwent a polygraph examination as obligated under supervised release. Results obtained from the polygraph examiner reveal that deception was demonstrated when asked if he had intentionally downloaded child pornography. Despite repeated interviews with Mr. Hillman, he maintains he has not downloaded child pornography. |

U.S. Probation Officer Action:

Mr. Hillman was questioned about downloading child pornography and he denies any such activity and is unsure why he failed that one question on the polygraph examination. The undersigned reviewed with him his obligations under supervised release to refrain from viewing or obtaining child pornography. He was advised of the statutory minimum for imprisonment that a second possession of child pornography conviction would carry, as well as additional custody exposure for a subsequent violation charge. We have no other relevant information that Mr. Hillman has obtained or viewed child pornography and he has been

Prob 12A – page 2
Danial Hillman

otherwise compliant with the terms of his release to date. Computer monitoring software is installed on his personal computer and regular reviews of his computer are conducted.

Considering the failed polygraph test, we will be increasing overall supervision efforts, including increased forensic examinations of his phone, plain-view searches of his residence, and additional contacts with his family and friends.  Lastly, in a sperate document, we have requested Your Honor consider adding the special condition of restricted contact with minors to further assist in our supervision efforts.

No further action is recommended at this time; we will notify the Court immediately if any other instances of noncompliance occur.

Respectfully submitted,

By: Matthew C. Kurzawa
Senior U.S. Probation Officer
Date:  04/26/2022

APPROVED:

_____  04/26/2022
DONALD L. MARTENZ, JR.    Date
Supervising U.S. Probation Office

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (*as Recommended by the Probation Office*)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

April 26, 2022
Date